January 14, 2021

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JAN 19 2021
JAMES N. HATTEN, Clerk
By: [signature], Deputy Clerk

COMPLAINT     1:21-CV-0318-MLB-JSA

This complaint is a relative to a charge of employment, racial discrimination, and harassment at my place of employment, MASSAGE ENVY SPA, 134 Woodstock Square Avenue, Woodstock, GA. 30188. Manger, Melissa Chapman was the perpetrator.

The complaint was filed with EEOC Atlanta District Office. I was issued a NOTICE OF SUIT RIGHTS on September 7, 2020 post marked September 11, 2020. I suffered racial discrimination by Melissa Chapman as she told another employee that I was lazy, and another employee was told that "she did not know why they last manager hired all of these Black people, and she had it in for me and two other employees (African Americans)."

I confronted her concerning it and she denied it. She also breached confidentiality with me when I reported sexual harassment against a client of whom she revealed my identity. The other two employees resigned but I told her that I would not, and she would have to fire me. After several attempts to find a way to fire me, such as revising my work schedule and not informing me of the change in hopes that I would not know it and not report for work, but I was informed by a co-worker, Charmaine, of the incident, and I did report for work.

Lastly, I had some medication stolen at work and she did not report it but blamed it on another co-worker. I also had two more pills of that medication missing and I reported to her and nothing was done.

I reported all to the corporate office at Massage Envy and was told that they would notify the Spa owner, Joseph Clay, who never responded concerned. I felt that my life and wellbeing was endangered by staying there when I was not wanted because of my race, and I resigned in fear of retaliation of the client that she exposed me to by breaching confidentiality.

Sincerely,

*Donna Thomas* (signature)

Donna Thomas

| To: | Donna K. Thomas<br>1250 Powder Springs Road Apt. #309<br>Marietta, GA 30064 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2019-06914 | Claudia Mortimer-Kanu,<br>Investigator | (404) 562-6877 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

- **NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Stephen T. Weber_ For                              September 7, 2020

Enclosures(s)                    **Darrell E. Graham,**                  *(Date Mailed)*
                                 **District Director**

cc: **Melissa Chapman
Manager
MASSAGE ENVY SPA
134 Woodstock Square Avenue
Woodstock, GA 30188**

Atlanta District Office
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
100 Alabama Street, S.W.
Suite 4R30   CMK
Atlanta, GA 30303 . 3

OFFICIAL BUSINESS
Penalty for Private Use, $300

ATLANTA METRO 301
11 SEP 2020 PM 8 L

U.S. POSTAGE >> PITNEY BO
ZIP 30303   $ 000.5
02 4W
0000361535

Donna K Thomas
1250 Powder Springs Road Apt. #39
Marietta, GA. 30064

30064-520584